EX. 17



# Anchorage Community Police Relations Task Force

Mail: c/o Anchorage Equal Rights Office
~~632 W. Sixth Avenue, Suite 110 • Anchorage, Alaska 99501~~
~~www.muni.org/aerc/mcprtf/index.cfm~~

*Founded in 1981, the purpose and function of the MCPRTF was to monitor all serious incidents involving minority citizens and Anchorage area law enforcement agencies and to serve as a liaison between the minority community and Anchorage area law enforcement agencies. In 2007, the Task Force voted to change its name to demonstrate that it serves as a liaison between all Anchorage citizens and law enforcement.*

July 24, 2017

Anne Mulligan


Re: Incident Reports Investigation

Dear Ms. Mulligan,

On June 9, 2017, the Task Force accepted your complaints regarding two Anchorage Police Department contacts that you were involved in with APD in December 2016 and in mid-April 2017. The Task Force subcommittee has now completed its impartial investigation. The findings and recommendations of the Task Force are as follows:

1. Complainant's concerns in both complaints arise from common misconceptions about policing. The general public commonly and wrongly believes that any contact with police triggers a *Miranda* warning. Four conditions must be met for a *Miranda* warning to be required by APD policy: 1) the police must be conducting 2) an interview of 3) a crime suspect 4) while that suspect is in custody. A Miranda warning was not required by APD policy or associated case law regarding Complainant's contacts with APD in December 2016 and mid-April 2017.
2. It is also common for the general public to believe that handcuffing is painless. When performed within policy and consistent with training standards throughout the United States, handcuffing ordinarily results in discomfort and minor abrasions of the wrists. Evidence did not show that excessive force was used when Complainant was handcuffed.
3. The Task Force will take no further action in these two matters and it recommends that these cases be closed with a finding that APD followed its proper procedures.

Thank you for bringing this matter before the Task Force.

DATED this 28 day of July, 2017.

BY *Rev. Dr. William Greene*
Reverend Dr. William Greene, Chair
Anchorage Community Police Relations Task Force