Ex. 24

IN THE DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,

    Plaintiff,

vs.

ANNE PATRICIA MULLIGAN
~~DOB: 03/23/1969~~
~~APSIN ID: 7119255~~
~~DMV NO.: 7068050 AK~~
~~ATN: 116702348~~

    Defendant

No. 3AN-18-06534CR

FILED in the TRIAL COURTS
STATE OF ALASKA, THIRD DISTRICT
MAR 2 8 2019
Clerk of the Trial Courts
By: _____ Deputy

## DISMISSAL

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The following charges are hereby dismissed without prejudice by the prosecuting attorney pursuant to Criminal Rule 43(a)(1):

Count I - AS11.31.100/11.56.810(a)(1)(A)
Attempted Terroristic Threatening In The Second Degree
Anne Patricia Mulligan - 001

Dated at Anchorage, Alaska, this 27th day of March, 2019.

KEVIN G. CLARKSON
ATTORNEY GENERAL

This is to certify that a copy of the forgoing is being:
___ mailed  ___ caused to be mailed
_X_ hand delivered  ___ caused to be hand delivered
___ faxed
to the following attorney/parties of record.

PDA Bordon

By: _____
Lisa C. Kelley
Assistant District Attorney
Alaska Bar No. 0905008

Signature: _____ Printed Name: A Sonnenschein Date: 3/28/19

Roger F. Holmes, Esq. (ABA #7011060)
E-mail: roger.holmes@bissholmes.com
Attorneys for Defendant Galen Hospital
Alaska, Inc., d/b/a Alaska Regional Hospital

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

ANNE P. MULLIGAN, )
)
Plaintiff, )
)
vs. )
)
Galen Hospital Alaska, Inc. ) Case No. 3AN-17-09207 CI
d/b/a ALASKA REGIONAL )
HOSPITAL )
)
Defendant. )
_____)

### AFFIDAVIT OF GEORGIANA L. YONUSCHOT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF DEFENDANT ALASKA REGIONAL HOSPITAL

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

Georgiana L. Yonuschot, JD, MSW, BSPH, being first duly sworn, states as follows:

1. I am the Director of Patient Safety and Risk Management at Alaska Regional Hospital. I am responsible for safety issues at the hospital and make this affidavit

AFF OF G. YONUSCHOT IN SUPPORT OF SJ
MULLIGAN vs. ALASKA REGIONAL
CASE NO. 3AN-17-09207 CIVIL             1

Affidavit of Yonuschot
Ex E pg 1

Case 3:21-cv-00154-TMB   Document 1-23   Filed 06/30/21   Page 3 of 10

based upon personal knowledge.

2. I was asked by the FBI to provide a time line of safety issue breaches at the hospital involving Ms. Mulligan, which I prepared and sent to the FBI.

2. The hospital safety records, including the attachments to this affidavit, are kept in the ordinary course of business at the hospital. They reflect that on April 19, 2017, after being previously seen in the Emergency Department, Ms. Mulligan refused to leave the premises. This is not an unusual event among Anchorage's under served population, as many of them have no other place to go and the hospital is a warm and safe environment. Per hospital protocol, hospital security was called and, after giving her an hour to find a ride, asked her to leave. After the security team had to physically remove her from a restroom adjacent to the ED where she had barricaded herself; and after Ms. Mulligan thereafter demanded to be seen by the Emergency Department for a second time that evening; the security team issued a trespass notice to her.[2] When Ms. Mulligan continued to refuse to leave the premises, APD was called, per hospital protocol, and asked to remove her from the premises; which they did.

3. On May 4, 2018, I filed a harassment report with the APD after Ms. Mulligan called the ~~Director~~ ADMINISTRATIVE of Quality and Risk calling her "stupid & unintelligent" and asking

---

[1] Attachment E.

[2] Attachment A.

AFF OF G. YONUSCHOT IN SUPPORT OF SJ
MULLIGAN vs. ALASKA REGIONAL
CASE NO. 3AN-17-09207 CIVIL

2

Affidavit of Yonuschot

EX. E. Pg. 2

for a call back when the director "got her head out of her ass."[3]

4. On June 25, 2018, Ms. Mulligan called in a bomb threat to the Alaska Regional PBX resulting in a six-member security team completing a sweep of the entire hospital as well as the five surrounding medical office buildings.[4]

5. On July 12, 2018, Ms. Mulligan called in a second bomb threat to the hospital PBX resulting in the same security sweep as had taken place with the previous bomb threat.[5]

6. Ms. Mulligan is a threat to the safety of the hospital, its patients and staff. She is permanently prohibited from contacting the hospital or entering hospital property except for a medical emergency or a bona fide appointment with a medical provider who has offices on the hospital campus.

04.19.2019
Date

Georgiana L. Yonuschot, JD, MSW, BSPH

SUBSCRIBED AND SWORN to before me this 19th day of April, 2019.

Notary Public in and for Alaska
My commission expires: 2-28-23

---

[3] Attachment B.

[4] Attachment C.

[5] Attachment D. Plaintiff is currently under indictment for both bomb threats. Exhibit B, P 7, to the hospital's summary judgment memorandum.

AFF OF G. YONUSCHOT IN SUPPORT OF SJ
MULLIGAN vs. ALASKA REGIONAL
CASE NO. 3AN-17-09207 CIVIL             3

Affidavit of Yonuschot

Ex E P53

Case 3:21-cv-00154-TMB   Document 1-23   Filed 06/30/21   Page 5 of 10

## CERTIFICATE OF SERVICE

I, Bruce Neilson, hereby certify that I am employed by Biss & Holmes and that on this 23rd day of April 2019, I served a copy of the foregoing document on the following party of record by First Class Mail:

Anne P. Mulligan
c/o Beans Café
~~1101 East 3rd Avenue~~
~~Anchorage, Alaska 99501~~

And by e-mail to:

~~[redacted]~~

*[signature]*
Bruce Neilson

AFF OF G. YONUSCHOT IN SUPPORT OF SJ
MULLIGAN vs. ALASKA REGIONAL
CASE NO. 3AN-17-09207 CIVIL    4

*Affidavit of Yonuschot*
*Ex. E · pg 4*


COPY
Criminal Received
JUN 1 8 2020
Clerk of the Trial Courts

# Timeline of Events

## 04/17/2017

- Anne Patricia Mulligan was seen in the Emergency Department at Alaska Regional Hospital (ARH) at 0445 and discharged at 0553.

## 04/19/2017

- At 1715, Mulligan was seen at ARH Emergency Department and discharged at 1754.

- After requesting she leave multiple times, she was trespassed by ARH Security for one year. (Anchorage Police Department was called to ARH.)

*Exact date is unknown, but following this trespass, Mulligan allegedly spoke with Andrea Bernard (Director of Patient Safety & Risk Management) who told her the trespass was "her fault."*

## 05/30/2017

- Mulligan spoke with Thomas Kent (Ethics & Compliance Officer). She told him she had been "kicked out" of ARH and was upset that the police were called. She allegedly went to Providence Alaska Medical Center and feels she was injured when the police handcuffed her.

*Annie Herlik (New Director of Patient Safety & Risk Management) stated she would call Mulligan back. It is unknown if and/or when Herlik called Mulligan back.*

## 04/19/2018

- Voicemail left by Mulligan for Georgiana Yonuschot (Current Director of Patient Safety & Risk Management) regarding "neglect from last year." She also left her telephone number – ███████. Yonuschot attempted to call Mulligan back, but was unable to reach her.

## 04/20/2018

- Yonuschot called Mulligan who asked Yonuschot if she was "the stupid, unintelligent person who she talked to last night." Yonuschot attempted to help Mulligan and determine why she had left the voicemail message. Mulligan called Yonuschot "stupid" and "unintelligent" several times. She went on to say she was trespassed in the ED "last night" and repeatedly told Yonuschot that she was playing "the stupid game" and Yonuschot knew why she was calling. Mulligan ended the telephone call

Yonuschot
Affidavit
timeline

EX: E   PG 5

- Mulligan called back and told Yonuschot to "stop playing games about what happened last year." and that she was coming.; Mulligan ended the telephone call.

### 05/01/2018

- Mulligan left voicemail message for Yonuschot. (ARH Security has copy.)

### 05/04/2018

- Mulligan called Sherry Fenton (Administrative Director of Quality & Risk). Mulligan called Fenton "stupid and unintelligent." She also told Fenton to call her back "when she got her head out of her ass." Mulligan ended the telephone call.

- Mulligan called Fenton back and again, called her "stupid and unintelligent." Fenton told Mulligan not to call her back anymore and her behavior would be reported to the police.

### 05/04/2018

- Using the Anchorage Police Department Online Reporting System, Daniel Quisenberry (Director of Security) filed a Report for Harassment (Report Number: 180504581).

### 05/04/2018

- Mulligan called Julie Taylor (Chief Executive Officer) asking to speak to Fenton's boss.

- Mulligan stated that she was upset about the care she received and being escorted off the campus and trespassed. Mulligan ended the telephone call when Taylor asked questions.

- Taylor attempted to follow up that conversation and gets details surrounding the situation, but was unsuccessful. Mulligan that we were "all fucking going to jail" and "what are you going to do about this?" Taylor noted that Mulligan's telephone number was 90█████-████.

### 05/07/2018

- Mulligan called Fenton and wanted to know what she was doing to take care of this matter. She interrupted Fenton several times and stated that "your CEO is as clueless as you are." Fenton ended the telephone call.

### 05/07/2018

- Mulligan left voicemail message for Yonuschot. (ARH Security has copy.)

2

*Affidavit Yonuschot timeline*
*Ex E. pg 4*

## 05/08/2018

- Fenton called Mulligan letting her know that ARH was unable to assist her with the situation unless she provided full details. She also told Mulligan that ARH would not participate in anymore telephone calls that were abusive or harassing.

- Mulligan left three voicemail messages for Fenton. Per Fenton, the first message was in a hostile tone asking when Fenton planned to carry out her threat. The second message was in a more conciliatory tone, asking if Fenton had made the phone call yet. The third message was in a pleasant tone, asking Fenton to return Mulligan's call.

## 06/25/2018

- At 1612, a telephone call came into PBX (Call Center for ARH) from ▮▮▮▮▮. The woman caller stated the following – "Please alert your CEO that I will be blowing up the hospital this evening because I am the new owner."

- ARH contacted Anchorage Police Department. (Bomb Team not sent as police deemed threat to be minimal / low level.)

- ARH Six-Member Security Team completed sweep of ARH and surrounding Medical Office Buildings at 1732. Director of Security / Emergency Management Specialist / Director of Patient Safety & Risk Management / and at least three Emergency Department staff assisted in sweep.

- Anchorage Police Officer Adolf responded to ARH to investigate. Officer Adolf later located Mulligan and issued her a summons to appear in Court which was set for 08/01/2018. Mulligan was charged with illegal use of the phone. She let Mulligan know she was trespassed from the ARH by Security for one year. (Quisenberry also completed the Anchorage Police Department Private Person Arrest form.)

## 07/10/2018

- A call came into PBX from ▮▮▮▮▮. The woman caller told the operator that she was going to get them fired.

## 07/10/2018

- Using the Anchorage Police Department Online Reporting System, Travis Golay (Security Captain) filed a Report for Harassment (Tracking Number: T18007756).

## 07/10/2018

- Mulligan was brought to ARH Emergency Department via ambulance at 1855 and discharged at 1940. (ARH Security was not notified

*Affidavit of Yoxumat [unclear handwriting]*

3

## 07/12/2018

- At 1415, a telephone call came into PBX from ███████████. The woman caller stated the following – "You better do it or you are going to jail."

- At 1416, a second telephone call came into PBX from ███████████. The woman caller stated the following – "Don't take me as a joke. I'm going to blow the place up" and "everyone needs to get out of the building. I'm going to blow the place up."

- ARH contacted Anchorage Police Department. (Bomb Team not sent as police deemed threat to be minimal / low level.)

- ARH Six-Member Security Team completed sweep of ARH and surrounding Medical Office Buildings at 1604. Director of Security / Emergency Management Specialist / Director of Patient Safety & Risk Management / and at least three Emergency Department staff assisted in sweep.

- Anchorage Police Officer Stack responded to ARH to investigate. Officer Stack later reported that Mulligan was being charged with terroristic threats and that she would be taken into custody as soon as she could be located. (Given the charges, Officer Stack would not accept an Anchorage Police Department Private Person Arrest form from Captain Golay.)

## 07/13/2018

- Per Anchorage Police Officer Stack, Yonuschot and Golay completed online Petition for a Stalking Protective Order which was subsequently denied.

## 07/30/2018

- According to Anchorage Police Department Dispatcher, Mulligan was served with a summons although exact details are unknown at this time. Reportedly Mulligan is in custody at the Hiland Mountain Correctional Center in Eagle River.

*Affidavit*
*Timeline Yonuschot*
*Ex. E Pg 8*